No. 09-696. **John J. Kane Regional Centers - Glen Hazel, Petitioner v. Sarah Grammer, as Administratrix of the Estate of Melvinteen Daniels, Deceased.**

559 U.S. 939, 130 S. Ct. 1524, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1292.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 570 F.3d 520.